# Third District Court of Appeal

## State of Florida

Opinion filed April 24, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-0924
Lower Tribunal No. 22-7793

_____

**Universal Property & Casualty Insurance Company**,
Appellant,

vs.

**Bertha Velarde**,
Appellee.

An Appeal from a non-final order from the Circuit Court for Miami-Dade County, Barbara Areces, Judge.

Karla D. Ellis and Noah S. Bender (Fort Lauderdale), for appellant.

Alvarez, Feltman, Da Silva & Costa, P.L., and Paul B. Feltman; The Echevarria Law Firm, P.A., and Nicolas M. Echevarria, for appellee.

Before FERNANDEZ, GORDO and BOKOR, JJ.

PER CURIAM.

Affirmed. <u>Parkhomchuck v. AIY, Inc.</u>, 338 So. 3d 397, 400 (Fla. 3d DCA 2022) ("[I]f the appellants were dissatisfied with the trial court's ruling on their first rule 1.540(b) motion, their remedy was by appeal, not b[y] filing successive motions to vacate containing the same general grounds or even new ones, which could have been raised in the first motion." (quotation omitted)).